# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ANTHONY HICKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-CV-481-RLJ-HBG |
| | ) |
| CLINICAL SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 to the Nashville Division of the United States District Court for the Middle District of Tennessee and to close this Court's file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT